# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155818 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                       SC: 155818
                                       COA: 338456
                                       Oakland CC: 2016-259170-FH

DONALD SUTTON,
          Defendant-Appellant.

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



d0613

                                               Clerk